ELI BEHAR, Individually and as Administrator of the Estate of ISIDORE BEHAR, Appellant, *v.* SURFACE TRANSPORTATION CORPORATION OF NEW YORK, Respondent.

First Department, November 13, 1942.

*George Trosk* and *Joseph C. Thomson* for appellant.

*Addison B. Scoville, George F. Dyche* and *Alfred T. Davison* for respondent.

*Per Curiam.* Upon the trial of this action to recover damages for the death of plaintiff's infant son, alleged to have resulted from the negligence of defendant, plaintiff was entitled, upon a motion made at the close of plaintiff's case to dismiss his complaint, to the benefit of the most favorable inferences deducible from the testimony. So tested, plaintiff's evidence established a *prima facie* case, though the proof was circumstantial in nature. This *prima facie* case was not destroyed by the existence of possible inconsistencies in the testimony given by plaintiff's witnesses.

The judgment should be reversed and a new trial ordered, with costs to the appellant to abide the event.

UNTERMYER, DORE, COHN and CALLAHAN, JJ., concur; MARTIN, P. J., dissents and votes to affirm.

Judgment reversed upon question of law and a new trial ordered with costs to the appellant to abide the event.